UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CASTANEDA GALVAN,<br><br>            Petitioner,<br><br>      v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; ORESTES CRUZ, Acting Director, San Francisco ICE Field Office; PAMELA BONDI, Attorney General of the United States; and Warden of the Golden State Annex Detention Facility,<br><br>            Respondents. | No. 1:25-cv-01766-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 12 |

Petitioner Julio Castaneda Galvan is an immigration detainee proceeding with a petition for writ of habeas corpus. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted with respect to petitioner's statutory and APA claims, and that respondents be directed to provide petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). Doc. 12. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days of

1

service. *Id.* at 9.

On February 2, 2026, respondents filed a one-sentence objection to the findings and recommendations, stating that they object "for the reasons set forth in their Response to the habeas petition." Doc. 13 at 2.[1] Petitioner did not file any objections.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 23, 2026, Doc. 12, are ADOPTED;

2. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within (7) days.

3. The petition for writ of habeas corpus is GRANTED; and

4. The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:   February 3, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] Respondents did not make any new arguments or address any specific portion of the findings and recommendations in their objections. *See* Doc. 13.

2